467 A.2d 39

Cochard v. Commonwealth, etc.

Appeal of Estate of Samuel Dickey and Edward Heller.

Argued May 2, 1983. Dale Patrick Kennedy, for appellants; Raymond J. Falzone, Jr., for appellee.

Before CERCONE, President Judge, MONTGOMERY and HOFFMAN, JJ.

Order affirmed.

467 A.2d 40

Commonwealth v. Anderson, Appellant.

Submitted June 21, 1983. Nicholas Panarella, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.